Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE FILIP | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 721 02 GJ 0244 | DATE | NOVEMBER 1, 2007 |
| CASE TITLE | US v. ARTHUR DEEREY & DANIEL DEEREY | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

GRAND JURY PROCEEDING

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

SPECIAL AUGUST 2006-2

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

WILL RECOMMEND SECURED BOND AT TIME OF ARRAIGNMENT.

FILED
NOV - 1 2007
Nov. 1, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| ___ No notices required, advised in open court. | | | Date docketed | |
| ___ No notices required. | | | Docketing dpty. initials | |
| ___ Notices mailed by judge's staff. | | | | |
| ___ Notified counsel by telephone. | | | Date mailed notice | |
| ___ Docketing to mail notices. | | | | |
| ___ Mail AO 450 form. | | | Mailing dpty. initials | |
| ___ Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |