# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Mark Filip has been nominated by the President of the United States to serve as Deputy Attorney General of the United States, and that he should not preside over criminal cases or civil cases in which the United States is a party while his nomination is pending; therefore

It is hereby ordered that the cases on the attached list are to be reassigned to other judges of this Court as indicated.

ENTER:

FOR THE EXECUTIVE COMMITTEE

*[signature: James F. Holderman]*
Chief Judge

Dated at Chicago, Illinois this 19th day of November, 2007.

**Criminal Cases and Civil Cases in which the United States is a Party
Pending Before the Hon. Mark Filip to be Reassigned**

Cases to be reassigned to the Hon. Wayne R. Andersen

| | |
|---|---|
| 1:05-cr-00344 | USA v. Royko |
| 1:07-cr-00007 | USA v. Lewis et al |
| 1:07-cr-00685 | USA v. George |

Cases to be reassigned to the Hon. Elaine E. Bucklo

| | |
|---|---|
| 1:05-cr-00132 | USA v. Dix |
| 1:06-cr-00922 | USA v. Jose Perez |
| 1:07-cr-00748 | USA v. Rodriguez-Villasenor |
| 1:07-cv-05949 | Syed v. Chertoff, et al. |

Cases to be reassigned to the Hon. Ruben Castillo

| | |
|---|---|
| 1:05-cr-00483 | USA v. Stratievsky |
| 1:06-cr-00890 | USA v. Perez |
| 1:07-cr-00601 | USA v. Sullivan |

Cases to be reassigned to the Hon. David H. Coar

| | |
|---|---|
| 1:04-cr-00339 | USA v. Periche-Guillen, et al |
| 1:07-cr-00001 | USA v. Lopez-Sarmiento |
| 1:07-cr-00485 | USA v. Oliva-Delgado |
| 1:07-cv-04776 | Cardos v. Novak, et al. |

Cases to be reassigned to the Hon. John W. Darrah

| | |
|---|---|
| 1:04-cr-00961 | USA v. Thomas |
| 1:06-cr-00762 | USA v. Reaves |
| 1:07-cr-00524 | USA v. Cross, et al. |
| 1:07-cv-06020 | Wilson v. Astrue |

Cases to be reassigned to the Hon. Samuel Der-Yeghiayan

| | |
|---|---|
| 1:03-cr-00444 | USA-v-Goldstein |
| 1:07-cr-00094 | USA v. Toney et al |
| 1:04-cv-07403 | U.S.A.v. Benson |
| 1:07-cv-06245 | Sardisco v. Bush, et al. |

Cases to be reassigned to the Hon. Robert W. Gettleman

| | |
|---|---|
| 1:06-cr-00240 | USA v. Jones et al |
| 1:07-cr-00149 | USA v. Sanchez et al |
| 1:05-cv-00793 | Kind v.Gonzalez |

Cases to be reassigned to the Hon Joan B. Gottschall

| | |
|---|---|
| 1:04-cr-01090 | USA v. Dismukes, et al |
| 1:06-cr-00306 | USA v. Davis etal |
| 1:07-cr-00344 | USA v. Muthana |

Cases to be reassigned to the Hon. Ronald A. Guzman

| | |
|---|---|
| 1:06-cr-00279 | USA v. Cannon |
| 1:06-cr-00804 | USA v. Bautista-Rivera et al |
| 1:06-cv-00474 | Wos v. Internal Revenue Service, et al |

Cases to be reassigned to the Hon. Virginia M. Kendall

| | |
|---|---|
| 1:04-cr-00362 | USA v. SUPPRESSED |
| 1:07-cr-00062 | USA v. John Froelich |
| 1:07-cr-00330 | USA v. Sanchez-Chavez |
| 1:07-cv-05989 | Strakhova v. Gonzalez, et al. |

Cases to be reassigned to the Hon. Matthew F. Kennelly

| | |
|---|---|
| 1:05-cr-00445 | USA v. Waidelich et al |
| 1:06-cr-00440 | USA v. Thompson |
| 1:05-cv-05140 | U.S.A.v. National Association of Realtors |

Cases to be reassigned to the Hon. Joan Humphrey Lefkow

| | |
|---|---|
| 1:06-cr-00227 | USA v. McIntyre |
| 1:06-cr-00575 | USA v. Antonio Abarca |
| 1:07-cr-00721 | USA v. Deerey et al |

Cases to be reassigned to the Hon.Harry D. Leinenweber

| | |
|---|---|
| 1:98-cr-00754 | USA-v-McFadzean |
| 1:06-cr-00774 | USA v. Harrell et al |
| 1:07-cv-04589 | Enriquez v. Johbnson, et al. |

Cases to be reassigned to the Hon. Blanche M. Manning

| | |
|---|---|
| 1:06-cr-00009 | USA v. Smith |
| 1:06-cr-00960 | USA v. Sanchez-Barragan |
| 1:07-cv-02295 | Duchossois Industries, Inc. v. U.S.A. |
| 1:07-cv-05427 | U.S.A. v. $23,500.00 |

Cases to be reassigned to the Hon. Charles R. Norgle

| | |
|---|---|
| 1:05-cr-00673 | USA v. Yoo |
| 1:07-cr-00290 | USA v. Jacquin |
| 1:07-cr-00376 | USA v. Wolff et al. |
| 1:07-cv-05429 | Nikov, et al. v. Chertoff, et al. |

Cases to be reassigned to the Hon. Rebecca R. Pallmeyer

| | |
|---|---|
| 1:05-cr-00688 | USA v. Vicent Munoz |
| 1:06-cr-00454 | USA v. Barrows-Payne et al |
| 1:04-cv-05853 | U.S. Commodity Futures, et al v. Valazquez, et al. |

Cases to be reassigned to the Hon. Milton I. Shadur

| | |
|---|---|
| 1:05-cr-00994 | USA v. Pecora |
| 1:07-cr-00202 | USA v. Partin |

Cases to be reassigned to the Hon. Amy J. St. Eve

| | |
|---|---|
| 1:05-cr-00655 | USA v. Pearson |
| 1:06-cr-00423 | USA v. Perkins |
| 1:04-cv-04353 | EEOC v. MW Emergency, et al. |

Cases to be reassigned to the Hon. James B. Zagel

| | |
|---|---|
| 1:06-cr-00033 | USA v. Annoreno |
| 1:07-cr-00133 | USA v. Romano et al |
| 1:07-cr-00457 | USA v. Snyder et al |