UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 721 |
| v. ) | |
| ARTHUR DEEREY ) | Judge Joan H. Lefkow |
| ) | |

## AGREED MOTION TO EXTEND PRETRIAL MOTIONS

Now comes the defendant, ARTHUR DEEREY, by and through his attorneys Perkins Coie, LLP., and respectfully moves this Honorable Court to enter an order extending the date for filing pretrial motions by 30 days to January 17, 2008. In further support of this motion, the following is asserted:

1. Defendant was indicted on November 1, 2007.

2. On November 20, 2007, the Court entered an order that pretrial motions be filed on or before December 18, 2007, with responses filed on or before January 2, 2008, and replies on or before January 9, 2008.

3. Defendant requests an extension of time of 30 days for the filing of pretrial motions until January 17, 2008, to make a full and informed decision on what, if any motions to file, given the complexity of the case and voluminous nature of the documents involved.

4. On December 18, 2007, Assistant U.S. Attorney Stephen Kubiatowski informed defense counsel that he agreed to the 30 day extension of time to file pretrial motions.

WHEREFORE, it is respectfully requested that the Court grant an extension of the time for the filing of pretrial motions in this matter for the aforementioned reasons.

Respectfully submitted,

*Theodore Chung* /PBR/

THEODORE T. CHUNG
PRAVIN B. RAO
Attorneys for Defendant
Perkins Coie, LLP
131 South Dearborn, Ste. 1700
Chicago, IL 60603
(312) 324-8552

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 721 |
| v. | ) | |
| ARTHUR DEEREY | ) | Judge Joan H. Lefkow |
| | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following document:

DEFENDANT'S AGREED MOTION TO EXTEND PRETRIAL MOTIONS

was served on December 18, 2007, on Assistant U.S. Attorney Stephen Kubiatowski at 219 South Dearborn, Ste. 500, Chicago, IL 60604 via hand delivery.

*Theodore Chung (PBR)*

THEODORE T. CHUNG
PRAVIN B. RAO
Attorneys for Defendant
Perkins Coie, LLP
131 South Dearborn, Ste. 1700
Chicago, IL 60603
(312) 324-8552