## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 721 | **DATE** | 12/20/2007 |
| **CASE TITLE** | USA vs. Arthur Deerey | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion to extend pretrial motions [15] is granted. Defendant's pretrial motion are due by 1/17/2008; responses due by 1/31/2008; replies due by 2/7/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|