## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 721 - 1, 2 | **DATE** | 1/16/2008 |
| **CASE TITLE** | USA vs. Arthur Deerey, Daniel Deerey | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 2/13/2008 at 9:30 a.m. Defendant's second agreed motion to extend pretrial motions [18] is granted. The date by which defendants may file pretrial motions is extended to 3/17/2008; responses due by 3/31/2008; replies due by 4/7/2008. Oral motion of the Government to exclude time is granted without objection. The period beginning 1/16/2008 through 3/17/2008 is excluded pursuant to 18.3161(h)(1)(F). X-E

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | MD |
|---|---|---|