UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 721 |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| ARTHUR DEEREY, and | ) | |
| DANIEL DEEREY | ) | |

### THIRD AGREED MOTION TO EXTEND PRETRIAL MOTIONS

Now comes the defendant, ARTHUR DEEREY, by and through his attorneys Perkins Coie, LLP., and respectfully moves this Honorable Court to enter an order extending the date for filing pretrial motions by 30 days to April 17, 2008, for both of the above-referenced defendants. In further support of this motion, the following is asserted:

1. Defendants were indicted on November 1, 2007.

2. On November 20, 2007, the Court entered an order that pretrial motions be filed on or before December 18, 2007, with responses filed on or before January 2, 2008, and replies on or before January 9, 2008. The Court granted an agreed motion to extend the date for filing of pretrial motions to January 17, 2008.

3. On January 16, 2008, the Court granted an agreed motion to extend the date for filing of pretrial motions to March 17, 2008, with responses to be filed on or before March 31, 2008, and replies to be filed on or before April 7, 2008.

4. Both defendants request an extension of time of 30 days for the filing of pretrial motions until April 17, 2008, to make a full and informed decision on what, if any motions to file, given the complexity of the case and voluminous nature of the documents involved.

91004-1100/LEGAL14071773.1

5.      On March 14, 2008, Matthew Gulde, attorney for defendant DANIEL DEEREY, informed below counsel that DANIEL DEEREY agreed to the 30-day extension of time to file pretrial motions and requested that the same extended schedule be applied to him.

6.      On March 14, 2008, Assistant U.S. Attorney Stephen Kubiatowski informed below counsel that he agreed to the 30-day extension of time to file pretrial motions as to both defendants.

7.      All the parties have agreed to exclude time in the interests of justice until April 17, 2008.

WHEREFORE, it is respectfully requested that the Court grant an extension of the time for the filing of pretrial motions in this matter for the aforementioned reasons.

                                        Respectfully submitted,


                                         /s/ Pravin B. Rao
                                        THEODORE T. CHUNG
                                        PRAVIN B. RAO
                                        Attorneys for Defendant
                                        Perkins Coie, LLP
                                        131 South Dearborn, Ste. 1700
                                        Chicago, IL 60603
                                        (312) 324-8552

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 721 |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| ARTHUR DEEREY, and | ) | |
| DANIEL DEEREY | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of March, 2008, he caused a true and correct copy of Defendant's Third Agreed Motion to Extend Pretrial Motions to be filed with the Clerk of Court using the CM/ECF system and to be served on the following counsel of record via electronic filing notification:

Stephen A. Kubiatowski
United States Attorney's Office (NDIL)
219 S. Dearborn Street, Suite 500
Chicago, IL 60604
(312) 353-5300
Email:  stephen.kubiatowski@usdoj.gov


AUSA
United States Attorney's Office (NDIL)
219 S. Dearborn Street, Suite 500
Chicago, IL  60604
(312) 353-5300
Email:  USAILN.ECFAUSA@usdoj.gov

Mark L. Rotert
Matthew J. Gulde
Stetler & Duffy, Ltd.
11 S. LaSalle, Suite 1200
Chicago, IL  60603
(312) 338-0214
Email: mrotert@stetlerandduffy.com
Email: mgulde@stetlerandduffy.com

 /s/ Pravin B. Rao
THEODORE T. CHUNG
PRAVIN B. RAO
Attorneys for Defendant
Perkins Coie, LLP
131 South Dearborn, Ste. 1700
Chicago, IL 60603
(312) 324-8552

91004-1100/LEGAL14071773.1