# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 721 - 1, 2 | **DATE** | 3/28/2008 |
| **CASE TITLE** | USA vs. Arthur Deerey, Daniel Deerey | | |

**DOCKET ENTRY TEXT**

Defendant's third agreed motion to extend pretrial motions [22] is granted. No further extensions will be allowed. Date by which defendants are to file any pretrial motions is extended to 4/17/2008. Status hearing of 4/9/2008 is stricken and reset to 4/23/2008 at 9:30 a.m. The period beginning 3/28/2008 through 4/23/2008 is excluded by agreement pursuant to 18.1361(h)(1)(F). X-E

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|