UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

UNITED STATES OF AMERICA
                                         Plaintiff,
v.                                                                     Case No.: 1:07−cr−00721
                                                                                      Honorable Joan H. Lefkow
Arthur Deerey, et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow as to Arthur Deerey, Daniel Deerey:Status hearing held. Government's oral motion to reset trial date is granted without objection. Trial date of 5/27/2008 is stricken and reset to 9/29/2008 at 9:30 a.m. Change of plea hearing is set for 5/14/2008 at 10:00 a.m. for both defendants. Counsel must contact Judge Lefkow's Courtroom Deputy at least one day in advance of a change of plea hearing if the plea is not going forward. In addition, a draft copy of the proposed plea agreement should be delivered to the judge's chambers at least one day in advance of the date of the hearing. Oral motion of the Government to exclude time is granted as to both defendants without objection. The ends of justice served by exclusion of time outweigh the best interest of the defendant in a speedy trial, namely: additional time for diligent plea negotiations is needed in order to facilitate defendant's advantages related to acceptance of responsibility. The period beginning 4/23/2008 through 5/14/2008 is excluded pursuant to 18.3161(h)(1)(I). Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.