# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 721-1 | **DATE** | 6/13/2008 |
| **CASE TITLE** | USA vs. Arthur J. Deerey | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Stephen A. Kubiatowski appearing for the government and Theodore Chung appearing for defendant Arthur J. Deerey who was also in court. Enter Plea Agreement. Defendant enters a voluntary plea of guilty to Count Seven of the indictment in this case. Guilty plea is accepted by the Court and defendant is adjudged guilty of Count Seven of the indictment. Cause is referred to the Probation Department for preparation of the Pre-Sentence Investigation Report. Sentencing is set for 9/19/2008 at 10:00 a.m.

■ [ For further details see text below.]

Docketing to mail notices.

### STATEMENT

Counsel for the government and defendant(s) are expected to review LCrR 32.1 and comply with it. Failure to comply with the Rule and dates set forth herein may result in waiver of opportunity to submit positions concerning sentencing. Requests for extensions of time must be made on motion for good cause shown. Government's version of the offense shall be submitted to the Probation Office by 6/27/2008. Defendant's version of offense shall be submitted to the Probation Office by 7/7/2008. Within 5 days after service on a co-defendant that co-defendant shall submit to probation officer and serve that defendant version as it relates to the defendants' respective roles in the offense. The assigned probation officer shall submit and serve a final presentence investigation report not later than 8/29/2008. Any party may file a Position Paper Concerning Sentencing Factors by 9/5/2008. Any response to any Position Paper must be filed by 9/12/2008.

FILED
2008 JUN 18 PM 5:00
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|

00:25