**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                  Case No.: 1:07−cr−00721
                                                        Honorable Joan H. Lefkow

Arthur Deerey, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow as to Arthur Deerey: Sentencing date of 9/19/2008 stricken and reset to 10/8/2008 at 2:00 PM. Any party may file a Position Paper Concerning Sentencing Factors by 9/24/2008. Any response to any Position Paper must be filed by 10/1/2008. Mailed and telephoned notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.